# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANDRA HOLMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BATH & BODY WORKS, LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:20-cv-01603-NONE-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 23) |

　　　The Court has twice continued the scheduling conference in this action due to a pending motion to compel arbitration, and the conference is currently set for August 12, 2021.  (ECF Nos. 12, 20.)  On July 19, 2021, the parties filed a stipulation requesting the conference be continued an additional ninety (90) days as the motion to compel arbitration is still pending.  (ECF No. 23.)  The Court finds good cause to continue the scheduling conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for August 12, 2021, is CONTINUED to **November 16, 2021, at 10:30 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **July 20, 2021**

UNITED STATES MAGISTRATE JUDGE

2