1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANDRA HOLMAN, | Case No. 1:20-cv-01603-NONE-SAB |
| Plaintiff, | ORDER SETTING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION FOR NOVEMBER 17, 2021 |
| v. | |
| BATH & BODY WORKS, LLC, et al., | ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE |
| Defendants. | ORDER CONTINUING SCHEDULING CONFERENCE TO DECEMBER 16, 2021 |
| | (ECF Nos. 9, 24) |

This action was removed from the Tulare County Superior Court to this Court on November 13, 2020.  (ECF No. 1.)  On December 10, 2020, Defendants filed a motion to compel arbitration, to strike class allegations, and to dismiss this action.  (ECF No. 9.)  On October 15, 2021, the District Judge referred the motion to the undersigned for the entry of findings and recommendations or other appropriate action.  (ECF No. 27.)

The Court shall set a hearing on the Defendants' motion for November 17, 2021, before the undersigned.  Given the length of time since the filing of the motion to compel arbitration, the Court shall set a briefing schedule for the parties to address any relevant new arguments or case law concerning the subject matter, including but not limited to the Ninth Circuit's September 15, 2021 decision in Chamber of Commerce v. Bonta.  See Chamber of Com. of United States v. Bonta, 13 F.4th 766, 2021 WL 4187860 (9th Cir. 2021); see also Harper v.

Charter Communications, LLC, No. 219CV00902WBSDMC, 2021 WL 4784417, at *9 (E.D. Cal. Oct. 13, 2021).  However, after submission of the pleadings and review by the Court, the Court may vacate the hearing and take the matter under submission and issues its opinion forthwith.

The Court shall also continue the scheduling conference currently set for November 16, 2021 (ECF No. 24), to allow for the hearing and adjudication of the motion to compel arbitration.

Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on Defendants' motion to compel arbitration, strike class allegations, and dismiss, is set for **November 17, 2021, at 10:00 a.m.** in Courtroom 9;

2. Defendants shall file supplemental briefing on or before **October 29, 2021**;

3. Plaintiff shall file responsive supplemental briefing on or before **November 5, 2021**;

4. The scheduling conference set for November 16, 2021, is CONTINUED to **December 16, 2021, at 9:30 a.m.** in Courtroom 9; and

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 19, 2021**

UNITED STATES MAGISTRATE JUDGE