# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANDRA HOLMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>BATH & BODY WORKS, LLC, et al.,<br><br>  Defendants. | Case No.  1:20-cv-01603-NONE-SAB<br><br>ORDER VACATING NOVEMBER 17, 2021 HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>(ECF Nos. 9, 28) |

This action was removed from the Tulare County Superior Court to this Court on November 13, 2020.  (ECF No. 1.)  On December 10, 2020, Defendants filed a motion to compel arbitration, to strike class allegations, and to dismiss this action.  (ECF No. 9.)  On October 15, 2021, the District Judge referred the motion to the undersigned for the entry of findings and recommendations or other appropriate action.  (ECF No. 27.)  Having considered the moving, opposition, and reply papers, as well as the supplemental briefing, the Court finds this matter suitable for decision without oral argument.  See Local Rule 230(g).  Accordingly, the hearing set for November 17, 2021, will be vacated and the parties will not be required to appear at that time.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendants' motion to compel arbitration, strike class allegations, and to dismiss (ECF No. 9), set for November 17, 2021, at 10:00 a.m. in Courtroom 9, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **November 16, 2021**

UNITED STATES MAGISTRATE JUDGE

2